**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 9, 2020

<u>VIA ECF</u>
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

**Re:   United States v. Kashif Majeed**
       **20 Cr. 235 (JPO)**

Dear Judge Oetken,

    I write to request that the Court adjourn the conference currently scheduled for Tuesday, October 20, 2020, for approximately 60 days. The Government, by Assistant United States Attorney Kyle Wirshba, consents to this application.

    The government made its first Rule 16 disclosures today and the parties began to discuss potential resolutions of this case. The requested adjournment will allow us to review the discovery materials and continue plea negotiations.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Majeed
212-417-8729

cc:   Kyle Wirshba
      Assistant United States Attorney

---

Granted. The October 20, 2020 pretrial conference is hereby adjourned to December 15, 2020, at 2:00 p.m. The Court hereby excludes time through December 15, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered.
October 13, 2020

_____
J. PAUL OETKEN
United States District Judge