**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 12, 2021

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

Re:   **United States v. Kashif Majeed**
      **20 Cr. 235 (JPO)**

Dear Judge Oetken,

   I write to request that the Court adjourn the conference currently scheduled for January 15, 2021, for approximately 60 days.  The Government, by Assistant United States Attorney Kyle Wirshba, consents to this application.

   The parties continue to work towards a possible disposition of this matter and the government is currently reviewing a written mitigation request submitted by Mr. Majeed.  The requested adjournment will allow the government to complete that process and enable the parties to engage in subsequent negotiations.

   Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

   Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Majeed
212-417-8729

cc:   Kyle Wirshba
      Assistant United States Attorney

---

> Granted.  The January 15, 2021 pretrial conference is hereby adjourned to March 17, 2021 at 2:00 p.m.
> Time is excluded through March 17, 2021 , under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:
>   1/13/2021

_____
J. PAUL OETKEN
United States District Judge