**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 9, 2021

<u>**VIA ECF**</u>
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

**Re:** <u>**United States v. Kashif Majeed**</u>
**20 Cr. 235 (JPO)**

Dear Judge Oetken,

    I write to respectfully request that the Court adjourn the conference currently scheduled for March 17, 2021, for approximately 30 days. Specifically, we ask that the Court schedule a change-of-plea hearing for the newly-selected date. The Government, by Assistant United States Attorney Kyle Wirshba, consents to this application.

    The parties are concluding our pre-trial negotiations. We believe that we will have a proposed disposition and Mr. Majeed will be prepared to change his plea at the next appearance if this adjournment is granted.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Majeed
212-417-8729

cc: Kyle Wirshba
     Assistant United States Attorney

> Granted. The March 17, 2021 status conference is hereby adjourned to April 19, 2021 at 2:00 pm. The Court excludes time through April 19, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, given the additional time needed to conduct discussions toward a pretrial disposition.
> So ordered: 3/12/2021

_____
J. PAUL OETKEN
United States District Judge