**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 26, 2021

**VIA ECF and EMAIL**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:  United States v. Kashif Majeed**
       **20 Cr. 235 (JPO)**

Dear Judge Oetken,

On August 9, 2021, the Court sentenced Mr. Majeed to 2 years of probation. Dkt. No. 24.

I write to request the release of Mr. Majeed's passports, which were surrendered to the United States Pretrial Services Office in the Southern District of New York as a condition of his bail. The government, by Assistant United States Attorney Kyle Wirshba, has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Kashif Majeed

> Granted.
> Pretrial Services is hereby directed to release custody of defendant's passport.
> So ordered.
> 8/26/2021

J. PAUL OETKEN
United States District Judge